## EDWARD W. TUPPER AND NANCY BOOTON, ADMINISTRATORS OF JOHN BOOTON, DECEASED, *versus* JOHN KINZIE, SPECIAL BAIL FOR EDWARD W. MILLER

JOURNAL ENTRIES (1821): *Journal 3:* (1) Default judgment *p. 237.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 152, c. 81. Recorded in *Book A*, MS pp. 244–51.

## JOHN JACOB ASTOR, RAMSAY CROOKS AND ROBERT STUART *versus* JOHN W. BURNETT

JOURNAL ENTRIES (1821): *Journal 3:* (1) Cognovit, judgment *p. 241.
PAPERS IN FILE: (1) Declaration; (2) warrant to confess judgment.
*1821 Calendar*, MS p. 118. Recorded in *Book A*, MS pp. 256–59.